IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**CAPTURION NETWORK, LLC**                                              **PLAINTIFF**

v.                                                  **CIVIL ACTION NO. 2:19-cv-13-TBM-MTP**

**LIANTRONICS, LLC** *and*
**SHENZHEN LIANTRONICS CO.,
LTD.**                                                                  **DEFENDANTS**

## ORDER

This matter came before the Court on Liantronics' Motion for Summary Judgment [98], Capturion's Motion for Partial Summary Judgment [101], and Liantronics' Motion to Strike [106]. At the hearing conducted in this matter on November 29, 2022, the Court, having considered the pleadings, the record, the oral arguments of counsel, and the relevant legal authority, announced on the record its detailed findings and conclusions concerning each motion ruled upon.

IT IS THEREFORE ORDERED AND ADJUDGED that, for the reasons stated on the record at the hearing held on November 29, 2022, Liantronics' Motion for Summary Judgment [98] is GRANTED IN PART as to Capturion's fraud claim and DENIED IN PART as to Capturion's breach of contract claim and breach of the implied covenant of good faith and fair dealing claim.

IT IS FURTHER ORDERED AND ADJUDGED that Capturion's Motion for Partial Summary Judgment [101] is DENIED.

IT IS FURTHER ORDERED AND ADJUDGED that Liantronics' Motion to Strike [106] is DENIED.

THIS, the 29th day of November, 2022.

                          TAYLOR B. McNEEL
                          UNITED STATES DISTRICT JUDGE